**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GERARD DAVID McCREE, JR.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO.15-00249-CG-B** |
| | * | |
| **GWENDOLYN GIVENS, *et al.*,** | * | |
| | * | |
| **Defendant.** | * | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's complaint be **dismissed without prejudice** as set out.

**DONE and ORDERED** this 23rd day of February, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE